Robin K. Perkins, SBN 131252
Christopher F. Wohl, SBN 170280
Angela L. Cash, SBN 230882
**WOHL SAMMIS & PERKINS LLP**
1006 4th Street, Fourth Floor
Sacramento, California 95814
Telephone: (916) 446-2000
Facsimile: (916) 447-6400

Attorneys for Plaintiff,
WISE RICHARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oooOooo-

| | |
|---|---|
| WISE RICHARDS<br><br>Plaintiff,<br><br>v.<br><br>CHIPMAN CORPORATION, a California corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO.  2:05-CV-02200-FCD-DAI<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FEDERAL AGE DISCRIMINATION CAUSE OF ACTION AND REMAND TO STATE COURT**<br><br>**Hearing Date: January 27, 2005**<br>**Time: 10:00 A.M.**<br>**Courtroom #2** |

WHEREAS, Plaintiff Wise Richards ("Plaintiff") commenced an action in Yolo County Superior Court entitled *Wise Richards, Plaintiff v. Chipman Corporation and Does 1 through 50, inclusive, Defendants* (Case No. CV05-1517) on or about August 26, 2005 alleging Wrongful Termination, Age Discrimination in violation of the ADEA – 29 U.S.C. §621 and California's Fair Employment and Housing Act, and Intentional Infliction of Emotional Distress;

WHEREAS, Defendant Chipman Corporation ("Defendant") removed Plaintiff's state court action to United States District Court, Eastern District on or about October 27, 2005

WOHL SAMMIS & PERKINS LLP
ATTORNEYS AT LAW
1006 4th St. Fourth Floor
Sacramento, CA 95814
Phone (916) 446-2000
Fax (916) 447-6400

- 1 -

Stipulation and [Proposed] Order To Dismiss Plaintiff's Federal Age Discrimination Cause of Action and Remand To State Court

PDF created with pdfFactory trial version www.pdffactory.com

1  pursuant to the provisions of 28 U.S.C. §1441(b) in that Plaintiff's Complaint on its face asserts
2  a federal cause of action against Defendant;
3    THE PARTIES HEREBY STIPULATE AND AGREE to the dismissal of Plaintiff's
4  federal cause of action for Age Discrimination in Violation of the ADEA – 29 U.S.C. §621 in the
5  above-referenced matter.
6    THE PARTIES FURTHER STIPULATE AND AGREE that after dismissal of Plaintiff's
7  federal cause of action for Age Discrimination in Violation of the ADEA – 29 U.S.C. §621, this
8  court no longer has subject matter jurisdiction of Plaintiff's civil action.  The Parties accordingly
9  stipulate, pursuant to 28 U.S.C. §1447(c), to the remand of Plaintiff's civil action alleging
10 Wrongful Termination, Age Discrimination in violation of California's Fair Employment Act
11 and Intentional Infliction of Emotional Distress (Case No. 2:05-CV-02200-FCD-DAI) to Yolo
12 County Superior Court.

15 DATED: November ____, 2005    **WOHL SAMMIS & PERKINS, LLP**

17    By:_____
18    Angela L. Cash,
   Attorneys for Plaintiff, WISE RICHARDS

21 DATED:  November ____, 2005    **DICKENSON, PEATMAN & FOGARTY**

24    By:_____
   David Balter,
25    Attorneys for Defendant, CHIPMAN
   CORPORATION

27 ///
28 ///

WOHL
SAMMIS
&PERKINS LLP
ATTORNEYS AT LAW
1006 4th St. Fourth Floor
Sacramento, CA 95814
Phone (916) 446-2000
Fax (916) 447-6400

- 2 -
Stipulation and [Proposed] Order To Dismiss Plaintiff's Federal Age Discrimination Cause of Action and Remand To State Court

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED, with the consent of the parties, this 1ST day of December, 2005.

/s Frank C. Damrell Jr.
Judge of the United States District Court

WOHL
SAMMIS
&PERKINS LLP
ATTORNEYS AT LAW
1006 4th St. Fourth Floor
Sacramento, CA 95814
Phone (916) 446-2000
Fax (916) 447-6400

- 3 -

Stipulation and [Proposed] Order To Dismiss Plaintiff's Federal Age Discrimination Cause of Action and Remand To State Court

PDF created with pdfFactory trial version www.pdffactory.com